======================================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

<u>    NORTHERN    </u> **DISTRICT OF** <u>    NEW YORK    </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 5:13-cv-1293 (GLS/TWD)**

**MATTHEW J. RYAN**

   v.

**RICHARD S. HARTUNIAN et al.**

| | |
|---|---|
| <u>          </u> | **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| <u>    X     </u> | **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED, that Magistrate Judge Therese Wiley Dancks' Order and Report-Recommendation (Dkt. No. 4) is ADOPTED in its entirety. That the complaint (Dkt. No. 1) is dismissed without leave to amend, in accordance with the Memorandum-Decision and Order issued by Chief Judge Gary L. Sharpe on May 22, 2014.**


<u>    May 22, 2014    </u>                                      <u>    **LAWRENCE K. BAERMAN**    </u>
                                                                                    CLERK OF THE COURT


                                                                            BY:   <u>    S/                              </u>
                                                                                     DEPUTY CLERK
                                                                                          John Law