U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 29 2014
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Matthew J. Ryan
17957052
Otisville FCI
Inmate Mail Parcels
P.O. Box 1000
Otisville, NY 10963

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0004 8336 8650

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

513CV1293     doc. 6

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7006 2150 0004 8336 8650

Sent To  Matthew J. Ryan  17957052
Street, Apt. No.; or PO Box No.  Otisville FCI  Po Box 1000
City, State, ZIP+4  Otisville  NY 10963

PS Form 3800, August 2006     See Reverse for Instructions